UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WAYNE OLIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>R. GORE, et al.,<br><br>    Defendants. | No. 2:15-cv-0345 KJM AC P<br><br><br>ORDER |

Plaintiff and all defendants have filed Notices of Voluntary Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. See ECF Nos. 22, 23. Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice; and
2. The Clerk of Court is directed to close this case.

DATED: November 26, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE